USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,  :
: 15-CR-681 (VEC)
-against- :
: ORDER
MARTIN LEYVA SALGADO, :
                          Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 18, 2022, Mr. Salgado, proceeding *pro se*, moved for compassionate release pursuant to 18 U.S.C. § 3582(c), Dkt. 80.

IT IS HEREBY ORDERED that the Government must respond to Mr. Salgado's motion and file the last two years of Mr. Salgado's medical records as well as his full prison disciplinary and education records by no later than **Friday, April 29, 2022**. The medical records must be filed under seal; the other records must be filed on ECF. In its response, the Government must inform the Court whether Mr. Salgado has been vaccinated against COVID-19, including whether he has received a booster shot.

IT IS FURTHER ORDERED that the Government must serve a copy of its response papers on Mr. Salgado at the address listed below. The Government must file proof of such service on the docket by no later than **Tuesday, May 3, 2022**.

IT IS FURTHER ORDERED that Mr. Salgado's reply in support of his motion for compassionate release is due no later than **Friday, May 27, 2022**. If Mr. Salgado is not fully vaccinated against COVID-19, he should include an explanation for that decision in his reply brief.

The Clerk of Court is respectfully directed to mail a copy of this order to Martin Leyva Salgado, Reg. No. 72744-054, REEVES III, CORRECTIONAL INSTITUTION, P.O. BOX 2038, PECOS, TX 79772, and to note mailing on the docket.

**SO ORDERED.**

**Date: March 22, 2022**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**