USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA, :
: 15-CR-681 (VEC)
-against- :
: ORDER
MARTIN LEYVA SALGADO, :
                     Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 18, 2022, Mr. Salgado, proceeding *pro se*, moved for compassionate release pursuant to 18 U.S.C. § 3582(c), Dkt. 80;

WHEREAS on March 21, 2022, the Court ordered the Government to respond to the motion and to file the last two years of Mr. Salgado's medical records under seal and his full disciplinary records and education records on the public docket by April 29, 2022, Dkt. 81; and

WHEREAS on April 6, 2022, Mr. Salgado mailed the Court copies of some of his medical records and education records as well as proof of vaccination.

IT IS HEREBY ORDERED that due to the sensitive nature of the documents mailed by Mr. Salgado, the Court will file them under seal. The Court reminds the Government that it must respond to Mr. Salgado's motion and file the records as detailed in the Court's Order (Dkt. 81) by no later than **Friday, April 29, 2022**. The Court further reminds the Government that it must serve a copy of its response papers on Mr. Salgado at the address listed below and file proof of such service on the docket by no later than **Tuesday, May 3, 2022**.

IT IS FURTHER ORDERED that Mr. Salgado's reply in support of his motion for compassionate release is due no later than **Friday, May 27, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this order to Martin Leyva Salgado, Reg. No. 72744-054, REEVES III, CORRECTIONAL INSTITUTION, P.O. BOX 2038, PECOS, TX 79772, and to note mailing on the docket.

**SO ORDERED.**

**Date: April 12, 2022**
      **New York, New York**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**